Donald J. Kula, Bar No. 144342
Nathan M. Smith, Bar No. 255212
Vilma Palma-Solana, Bar No. 267992
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff Global BTG LLC, a Nevada Limited Liability Company doing business in California, and Counterclaim-Defendant Jacob Hodges

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLOBAL BTG LLC,<br><br>Plaintiff,<br><br>v.<br><br>NAC AIR CARGO, INC.,<br><br>Defendant-Counterclaim Plaintiff,<br><br>v.<br><br>GLOBAL BTG LLC, JACOB HODGES and DOES 1-5,<br><br>Counterclaim Defendants. | Case No. 2:11-cv-01657-MMM-JCGx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon.  Margaret M. Morrow<br>Discovery Cutoff:     June 5, 2012<br>Pretrial Conference: Nov. 13, 2012<br>Trial Date:               Dec. 4, 2012<br><br>Hearing Date:       December 10, 2012<br>Hearing Time:       10:00 am<br>Hearing Location:  Courtroom 780 |

This matter came before the Court for hearing on December 10, 2012 at 10:00 a.m.  After argument and considering the evidence and pleadings before the Court, it is HEREBY ORDERED that:

74959-0001/LEGAL24672413.1

[Proposed] Order on Motion for Summary Judgment

1.   There is no material fact dispute regarding Global's capacity to contract with National.  This Court grants summary judgment on and dismisses NAC's fourth affirmative defense, lack of capacity, and all other claims and defenses that rely upon this affirmative defense.

2.   There is no material fact dispute regarding the meaning of the "best efforts" clause in the Letter of Intent.  This Court grants summary judgment on and dismisses all of NAC's counterclaims and defenses arising out of Global's alleged breach of the "best efforts" clause of the Letter of Intent.

3.   There is no material fact dispute regarding whether the LOI permitted NAC to seek other financing while under contract with Global.  This Court grants summary judgment in favor of Global's claim that the LOI required NAC to sell and leaseback from Global exclusively.

4.   There is no material fact dispute regarding whether NAC may recover its lost profits.  This Court grants summary judgment against each of NAC's damages claims that arise out of the profits to be earned operating the Japan Airlines aircraft.

_____
Margaret M. Morrow
United States District Court Judge