JENNER & BLOCK LLP
Rick Richmond (Cal. Bar No. 194962)
rrichmond@jenner.com
Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

Melissa A. Cox (*pro hac vice*)
melissacox@jenner.com
1099 New York Ave, NW, Suite 900
Washington, DC 20001
Telephone:   (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant and Counterclaim
Plaintiff National Air Cargo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLOBAL BTG LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL AIR CARGO, INC.,<br><br>    Defendant-Counterclaim Plaintiff,<br><br>    v.<br><br>GLOBAL BTG LLC, JACOB HODGES and DOES 1-5,<br><br>    Counterclaim Defendants. | Case No.  CV 11-01657 MMM (JCGx)<br><br>The Honorable Margaret M. Morrow<br><br>**DECLARATION OF GLEN JOERGER IN SUPPORT OF NATIONAL AIR CARGO, INC.'S OPPOSITION TO GLOBAL BTG LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[National's Opposition to Global's Motion, National's Statement of Genuine Issues of Material Fact, Declaration of Christopher C. Chiou, Objections to Evidence Submitted by Global, and Proposed Order filed concurrently herewith]<br><br>Discovery Cutoff:   June 5, 2012<br>Pretrial Conference: Jan. 28, 2013<br>Trial Date:              Feb. 19, 2013<br><br>Hearing Date:       December 10, 2012<br>Hearing Time:      10:00 a.m.<br>Courtroom:           780 |

Declaration of Glen Joerger

# DECLARATION OF GLEN JOERGER

I, Glen Joerger, do hereby declare,

1. I am the Executive Vice President of National Air Cargo Holdings, Inc. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to them.

2. I was one of National's primary contacts with Jacob Hodges. During the July 2010 timeframe, I engaged in several discussions with Mr. Hodges regarding a letter of intent.

3. Before National executed the letter of intent on July 18, 2010, National repeatedly informed Mr. Hodges that — in order to satisfy the bankruptcy trustee of Japan Air Lines — we needed to quickly line up financing and obtain a commitment letter from a qualified lender by July 22, 2010. The five Boeing 747 aircraft that National planned to purchase from JAL would allow National to obtain additional government contracts and also result in economics of scale.

4. Mr. Hodges indicated he understood the importance of the JAL aircraft to National and acknowledged that the commitment letter needed to be obtained quickly. National entered the letter of intent on July 18, 2010 because Mr. Hodges claimed that he had already arranged soft commitments for financing, so there was a high probability that he would be able to provide the firm commitment from a qualified lender by July 22, 2010.

5. Before the letter of intent was executed, neither I (nor anyone else at National) told Global that National's prior contacts with possible sources of financing were limited to two or three lenders.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration is executed this 13th day of November, 2012 at Florida.

                                              /s/ Glen Joerger
                                              Glen Joerger