**EXHIBIT 48**

From: dstukes <dstukes@asi-advisors.com>
To: Jacob Hodges <hodges.jacob@gmail.com>
Subject: NAC Aircraft Purchases
Date: Sat, Jan 19, 2010 5.08 am
Attachments: NAC_747_767_Bus_Plan_Presentation.pdf (156GK)

Jacob:

Please give me a call over the weekend, if you can, the latest Monday morning.  Need to discuss NAC.
Attached please find a deck that should help you better understand who NAC is and how they will deploy the
aircraft. I need to talk to you about two options:

Option#1:

Sale-leaseback on three aircraft due for immediate delivery:

B747-400BCF S/N-25328, B747-400BCF S/N-26344, and B747-400BCF S/N-25630  (must act fast!)    Term
5-7 years

Option#2:

All five JAL B747-400 BCF's  ( would need a firm LOI this week).

In both cases, I need to know how quickly you can actually move to affect a transaction.

Sincerely,

Donald A. Stukes
Senior Managing Director
ASI Advisors, LLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Tel-(914)-358-0032
Fax-(914)-358-0033
Cell-(914)-715-1548

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you
have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then
delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents
to any other person. Thank you for your cooperation.

On Fri 18/06/10 1:07 AM , Jacob Hodges hodges.jacob@gmail.com sent:

Don,

That is an impressive fleet by any airlines standard. I'll call you tomorrow to discuss.

PLAINTIFF'S
EXHIBIT
23

1 of 3

EXHIBIT 48
Page 502

Jacob

On Thu, Jan 17, 2010 at 9:22 AM, <dstokes@asi-advisors.com> wrote:

Jacob;

Attached please find a list of aircraft to be purchased by National Air Cargo. They have LOI's on all aircraft I would like your thoughts and input. Deliveries start ASAP, so time is of the essence. Please give me a call to discuss.

Sincerely,

Donald A. Stokes
Senior Managing Director
ASI Advisors, LLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10801
Tel-(914)-358-0032
Fax-(914)-358-0033
Cell-(914)-715-1548

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

On Tue 15/06/10 1:24 PM , Jacob Hodges hodges.jacob@gmail.com sent:

Don,

For the time being please only send email correspondence to my personal Gmail account.

Best,

--
Jacob Hodges
Office: +1 805-374-1235
Mobile: +1 805-405-9211
Email: hodges.jacob@gmail.com

--
Jacob Hodges
Office: +1 805-374-1235

GLOBAL 010748

EXHIBIT 48
Page 503



EXHIBIT 48
Page 505



GLOBAL 040751

EXHIBIT 48
Page 506



EXHIBIT 48
Page 507



EXHIBIT 48
Page 508



EXHIBIT 48
Page 509



GLOBAL 010755

EXHIBIT 48
Page 510



EXHIBIT 48
Page 511



EXHIBIT 48
Page 512



GLOBAL C10758

EXHIBIT 48
Page 543



# Civil Reserve Airlift Fleet

**HISTORICAL BACKGROUND**
- CRAF Created in 1952 to Augment Military Fleet during Times of Crisis
- US-Flagged Air Carrier Pledge Aircraft to DOD under a Presidential Activation Process – Three Stages
- CRAF Carriers Provided a Statutory Preference on All DOD Air Transportation Services
- Fly CRAF Act, Title 4 - USC, 41.106

**AIR MOBILITY COMMAND (AMC) INCENTIVES TO MODERNIZE CRAF FLEET**
- AMC wants CRAF Carriers to Provide Modern, Efficient Aircraft
- Current system provides same payment schedule, regardless of Aircraft
- Payment Increase already provided to 747-400's Aircraft as Incentive
- 4x All contract gives substantially more Entitlements to $3.5B in annual DOD CRAF business for modern, fuel efficient aircraft that voluntarily fly for DOD
- Entitlement Bonuses for Fuel Efficiency, Flying Missions, and Stage I Placement
- CRAF Missions pay Positioning Costs - Or Commercial Backhaul from Asia

GLOBAL 010759

EXHIBIT 48
Page 514



EXHIBIT 48
Page 515



## Flying Bonus Tied to Missions Flown

| Incentive 0.75 | | | | | |
| --- | --- | --- | --- | --- | --- |
| | FY10 | FY09 | Missions Multiplier Incentive | Flyer Bonus | Total MV Base Pts Plus |
| Carrier | MV pts | Mons | factor | MV Points | Bonus Pts |
| ABX | 77 | 28 | 0.75 | 20 | 97 |
| American | 771 | 0 | 0.75 | 0 | 771 |
| Arrow | 111 | 0 | 0.75 | 0 | 111 |
| ASTAR | 177 | 127 | 0.75 | 95 | 172 |
| Atlas | 105 | 128 | 0.75 | 95 | 200 |
| Atlas | 151 | 1051 | 0.75 | 788 | 1939 |
| Continental | 443 | 4 | 0.75 | 3 | 446 |
| Delta | 1673 | 349 | 0.75 | 262 | 1935 |
| Evergreen | 442 | 1159 | 0.75 | 869 | 1311 |
| FedEX | 842 | 177 | 0.75 | 133 | 975 |
| Kalitta | 695 | 172 | 0.75 | 129 | 824 |
| National | 49 | 9 | 0.75 | 7 | 56 |
| North Am | 385 | 1297 | 0.75 | 973 | 1358 |
| Omni | 887 | 1304 | 0.75 | 978 | 1865 |
| Ryan | 237 | 546 | 0.75 | 410 | 647 |
| Southern | 667 | 179 | 0.75 | 134 | 801 |
| United | 808 | 56 | 0.75 | 42 | 850 |
| UPS | 521 | 65 | 0.75 | 49 | 570 |
| US Airway | 187 | 0 | 0.75 | 0 | 187 |
| World | 1391 | 1516 | 0.75 | 1137 | 2528 |

National's New FY11 Total MV Approx 1700 Pts

**NATIONAL** AIR CARGO

Presented By Joseph Stroud

GLOBAL 019761

EXHIBIT 48
Page 516



EXHIBIT 46
Page 517



EXHIBIT 48
Page 518



GLOBAL # 10764

EXHIBIT 48
Page 519



EXHIBIT 48
Page 520



EXHIBIT 48
Page 521



EXHIBIT 46
Page 522



## Transaction Overview

| Sources of Funds | | Uses of Funds | |
|---|---|---|---|
| Cash from Company | $  20,561 | Aircraft Purchases | $351,409 |
| First Lien Financing | $309,652 | Conversion Costs | $  21,500 |
| (MV $3,150 x 70) | | B757 Wt Upgrade | $    1,540 |
| (Conv $1,500 x 70) | | | |
| (B757 Wt Upgrade $1,540 x 70) | | | |
| Second Lien Financing | $  44,236 | | |
| (MV $3,150 x 20 x 10) | | | |
| (Conv $21,500 x 10) | | | |
| (B757 Wt Upgrade $1,540 x 10) | | | |
| **Total Sources** | **$374,449** | **Total Uses** | **$374,449** |

NATIONAL AIRCARGO

Presented By
Joseph Stroll

GLOBAL 018738

EXHIBIT 48
Page 523



# Transaction Overview

## Current Acquisition Outlays Already Paid by Company

| Payee | Amount |
|---|---|
| B757-200 Purchase | $ 9,000,000 |
| B747-400 (Air France) Deposit | $12,000,000 |
| B757-200 (Vercap) Deposit | $ 1,200,000 |
| B757-200 (Air China) Deposit | $ 500,000 |
| B757-200 (CECAS) Deposit | $ 500,000 |
| B747-400 (JAL) Deposit | $ 9,625,450 |
| PEMCO Conversion Payments | $ 3,600,000 |
| **Total Cash Outlays To-Date** | **$ 36,425,450** |

**NATIONAL** AIR CARGO

Presented By:
Joseph Stroud

GLOBAL 010783

EXHIBIT 48
Page 524



EXHIBIT 48
Page 525

# Financial Overview



NATIONAL AIR CARGO

Presented By:
Joseph Stroll

GLOBAL 010771

EXHIBIT 48
Page 526



## Financial Overview

### Top Ten Customers June 2007 – May 2010

| Customer | Rev ($millions) |
| --- | --- |
| Air Mobility Division | 440.8 |
| US Army Medical Material Center Europe | 101.3 |
| US Navy Advanced Traceability & Control | 82.4 |
| Inglett & Stubbs International | 44.2 |
| Seven Seas Ship Chandlers | 34.1 |
| Air Force Mobility Command | 33.6 |
| Mantech International Co. | 28.3 |
| US Naval Inventory Control Point | 20.3 |
| New Cumberland Defense Distribution Center (US Army) | 20.0 |
| Seattle Defense Contract Management Agency | 16.3 |

**NATIONAL** AIR CARGO

Presented by
Joseph Smith

GLOBAL 010772

EXHIBIT 48
Page 527



EXHIBIT 48
Page 528



GLOBAL 010774

EXHIBIT 48
Page 529



EXHIBIT 48
Page 530



## B747 P&L
### (IN MILLIONS)

| | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| Revenue | 107.6 | 601.4 | 607.7 | 607.7 | 607.7 | 2462.4 |
| COS | 77.1 | 430.9 | 435.5 | 435.5 | 435.5 | 1,764.5 |
| CM | 30.5 | 170.4 | 172.2 | 172.2 | 172.2 | 697.9 |
| Depr | 4.0 | 22.3 | 22.6 | 22.6 | 22.6 | 94.0 |

Presented by:
Joseph Stroud

NATIONAL
AIR CARGO

GLOBAL 010778

EXHIBIT 48
Page 531



## B757 Combi P&L

(in millions)

|          | 2010 | 2011  | 2012  | 2013  | 2014  | Total |
|----------|------|-------|-------|-------|-------|-------|
| Revenue  | 3.9  | 55.9  | 105.5 | 109.2 | 109.2 | 381.1 |
| COS      | 3.4  | 45.5  | 84.4  | 87.0  | 87.0  | 305.0 |
| CM       | 0.5  | 10.4  | 21.1  | 22.2  | 22.2  | 76.1  |
| Depr     | -    | 1.3   | 3.1   | 3.5   | 3.5   | 11.5  |

**NATIONAL** AIR CARGO

Presented by:
Joseph Silvia

GLOBAL 019777

EXHIBIT 48
Page 532



## Freight Forwarding P&L
*($ Millions)*

|          | 2010  | 2011  | 2012  | 2013  | 2014  | Total   |
|----------|-------|-------|-------|-------|-------|---------|
| Revenue  | 436.0 | 488.4 | 547.0 | 612.6 | 686.1 | 2,377.7 |
| COS      | 330.4 | 370.0 | 414.4 | 464.2 | 519.9 | 1,799.5 |
| GM       | 105.7 | 118.3 | 132.5 | 148.4 | 166.2 | 578.3   |
| G&A      | 49.6  | 55.6  | 62.2  | 69.7  | 78.1  | 269.9   |
| OI       | 56.0  | 62.8  | 70.3  | 78.7  | 88.2  | 308.4   |
| Depr     | 0.2   | 0.3   | 0.3   | 0.3   | 0.3   | 1.3     |

NATIONAL AIR CARGO

Presented by:
Joseph Ahmad

GLOBAL 010778

EXHIBIT 48
Page 533



## NAC Consolidated P&L

| | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| Revenue | 580.7 | 1,175.2 | 1,270.6 | 1,423.0 | 1,403.0 | 5,358.0 |
| COS | 440.0 | 872.3 | 943.8 | 1,057.1 | 1,042.3 | 3,977.6 |
| GM | 140.7 | 302.9 | 326.7 | 365.9 | 360.7 | 1380.4 |
| G&A | 55.7 | 62.4 | 69.9 | 78.3 | 87.7 | 303.2 |
| OI | 85.0 | 240.4 | 256.8 | 287.6 | 273.0 | 1,077.2 |
| EBITDA | 89.48 | 264.62 | 283.04 | 314.24 | 299.59 | 1,185.4 |
| Depr | 4.52 | 24.17 | 26.25 | 26.63 | 26.63 | 108.21 |

**NATIONAL** AIR CARGO

Presented by Joseph Stone

GLOBAL 010779

EXHIBIT 48
Page 534



GLOBAL 010780