# EXHIBIT 49
## INTENTIONALLY LEFT BLANK

# EXHIBIT 50
## INTENTIONALLY LEFT BLANK

# EXHIBIT 51



# PEARL
Aircraft Corporation, LTD

Home

Board of Managers

Investment Portfolio

Corporate Philanthropy

In the News

CASL

Canon's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda

## Welcome to Pearl Aircraft Corporation, LTD

Pearl Aircraft Corporation, LTD is a Bermuda based aircraft leasing company that provides financial solutions to leading airlines, lessors and lenders.

The financial strength of the company, its partners, as well as their industry relationships make the Company strategically well positioned to take advantage of the global cyclicality of supply and demand in commercial aviation. The company was formed to maximize on the dramatic corresponding fluctuations in price when coupled with restrictive capital markets (in what is likely one of the world's most capital intensive industries) and to exit the investment as global capital markets relax and global GDP is restored to a positive trajectory.

Our Investment Portfolio »

Copyright © Pearl Aircraft Corporation, LTD. All rights reserved.

Exhibit No.: 501
Deponent: Lang
Date/RPR: 6/8/12
Hunter + Geist, Inc. 57

EXHIBIT 51
Page 536



# Board of Managers

Pearl is comprised of a Board of Managers all of which are partners in the Company and sits as formal credit committee for all transactions that the Company conducts.

Home
Board of Managers
Investment Portfolio
Corporate Philanthropy
In the News
CASL

## Jan Soderberg



Jan Soderberg brings more than 30 years of international business experience in a diverse array of industries and business sectors in the US as well as in his native Sweden. Soderberg has held leadership positions in both publicly and privately held businesses. Soderberg is presently the Chairman of Pearl Asset Company. He also presently serves as Chairman of Voddler, Inc., pioneer in the development of a new protocol for distribution of video entertainment programming over the Internet.

He currently sits on the Boards of Directors for Hansford AB, a Swedish cosmetics and personal daily care products company and Noventus, an investment firm which is publicly traded on the Stockholm Stock Exchange. Previously, Soderberg served as President, Chairman and CEO of Etik International, AB, leading manufacturer of closet organizing systems. Prior to this, he served as President and CEO of US-based Argo Hospital Equipment, Inc. Soderberg is also a past member of the Boards of Directors for Pergo AB, a Swedish, publicly listed manufacturer of laminated flooring systems. Soderberg has been a member of the Barrack Obama National Finance Committee, Hillary Clinton National Finance Committee, Democratic National Committee Advisory Board, US Speaker of the House Nancy Pelosi's Speaker's Cabinet, and a Trustee and Fundraiser for the John Kerry Presidential Election Campaign. Soderberg holds an engineering degree from Karlstad, Sweden, and a business degree from Gothenburg Business School, Sweden. He presently resides in Aspen, Colorado and Stockholm, Sweden.

## Gunnar Sachs



Gunnar Sachs brings 15 years of international family office investment and portfolio management experience. He has been one of the Head Financial Asset Managers in the management of his father's family fortune while also acting as an advisor to several other family offices. His field of expertise lies in investment risk management and the attainment of absolute returns. Sachs has extensive experience in direct and indirect private equity and venture capital investing. He has started, invested and built various businesses ranging from restaurants in Aspen to Blue Sky Capital a real estate PE fund. For his family he has invested with private equity power houses like Carlyle and Bain Capital. Sachs has three undergraduate degrees and an executive MBA with highest honors and five fields of emphasis from Regis University, Denver, Colorado. Though his roots are in Germany, Switzerland, Sweden and France, he now resides in Aspen, Colorado.

## Sam Brown



Sam Brown is a businessman who also has a long record of public service. In 1974 he was elected Treasurer of the State of Colorado. He served from 1978 to 1981 in the Administration of President Jimmy Carter as Director of the ACTION Agency which was responsible for all the federal volunteer programs including Peace Corps and VISTA. The Agency had over 500,000 volunteers and was active in 64 countries. He was also appointed by the President to the founding Board of the National Consumer Cooperative Bank.

From 1980 to 1994 Mr. Brown started and ran Centennial Partners, Ltd. a development company that built hundreds of houses in Colorado and Maryland, some commercial buildings in Colorado, and initiated a new planned community in California. In 1994 Mr. Brown was appointed to be U.S. Ambassador to the Organization for Security and Cooperation in Europe where he had responsibility for renegotiating the Conventional Forces in Europe Treaty and for human rights and electoral reform in the 54 member states including all the new republics of the Former Soviet Union and in the Balkans. He has run election observation teams of up to several hundred international observers and served as an electoral observer in over a dozen countries. He has been active in politics including in the Kerry for President and Obama for President campaigns. In both cases he was a major fundraiser serving as Trustee or on the National Finance committee. Mr. Brown has also served on the Board of a multi-billion dollar pension fund, the Public Employees Retirement Association and continues to serve as Managing Director of Centennial, LLC an investment firm wholly owned by his family.

Mr. Brown has a B.A. and M.A. in Government, was a Rockefeller Fellow at Harvard and a Fellow at the John F.

EXHIBIT 51
Page 537



# PEARL
### Aircraft Corporation, LTD

- Home
- Board of Managers
- Investment Portfolio
- Corporate Philanthropy
- In the News
- CASL

Charon's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda

## Investment Portfolio

Pearl is in the process of building a $2.0BN portfolio by the end of 2012. The portfolio will be comprised of new technology narrow and widebody aircraft on lease to leading airline credits throughout the world.

On a case by case basis, the Company will also engage in transactions outside of the portfolio profile. Such transactions include older technology "classics". These aircraft are wholly-owned by Pearl, however, are not comprised in the Investment Portfolio.

Anticipated Portfolio Profile and Aircraft Types included in the Investment Portfolio links below:

- Anticipated Portfolio Profile
- Aircraft Types included in the Investment Portfolio

Copyright © Pearl Aircraft Corporation, LTD. All rights reserved

EXHIBIT 51
Page 538



# PEARL
## Aircraft Corporation, LTD

- Home
- Board of Managers
- Investment Portfolio
- Corporate Philanthropy
- In the News
- CASL

Crown's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda

## Pearl's Corporate Commitment

Pearl Aircraft and its management strongly believe that an important part of life is giving back to others. And this applies to corporate as well as personal life. Consequently, annually we will give 5% of our profits to charitable ventures.

As a new company we are currently defining the mechanisms for both decision-making and appropriate priorities for this giving. At the moment the Board of Managers will make these decisions. Each member of that Board has a broad range of international experience to bring to bear on this process, but over the next few months we will develop further mechanisms for decision-making. Our initial thinking is that perhaps this will include creating a separate high-level Board of Advisors to consult with us and eventually to make the decisions about the best uses of our corporate philanthropy.

Our initial thinking is that since the aircraft industry has such broad impact around the world we should first focus on those countries where we do business. Moreover, we will look for ways that we could leverage our direct contribution to obtain additional value from our business partners and lessees.

At this time, it is not our intent to create a separate charity, but to contribute to well-established existing organizations. We will apply the same sense of entrepreneurship, creativity and concern for detail to our charitable actions as we do to our business. We anticipate that our business success will create a meaningful sum that can truly make a substantial impact. Sam Brown has been designated to lead this effort on behalf of the Board of Managers.

Copyright © Pearl Aircraft Corporation, LTD. All rights reserved.

EXHIBIT 51
Page 530



Home

Board of Managers

Investment Portfolio

Corporate Philanthropy

In the News

CASL

Canon's Court
22 Victoria Street
PO Box HM 1179
Hamilton HM EX
Bermuda

# In the News

## Videos



## Published Articles

**"SuperJet and Pearl Sign Deal"** - *The Moscow Times*
SuperJet International, the joint venture of Finmeccanica's Alenia Aeronautica and Russia's Sukhoi Holding, signed an agreement with Pearl Aircraft Corporation, a leasing company, to supply 30 Sukhoi Superjet 100 airplanes, SuperJet said Wednesday.
Read More

**"Pearl Aircraft to buy 30 SuperJet planes from Sukhoi"** - *ITAR-TASS*
FARNBOROUGH, July 22 (Itar-Tass) -- The company SuperJet International (49 percent of shares belong to Sukhoi) and the international leasing company Pearl Aircraft signed an agreement on Wednesday, July 21, for the supply of 30 Sukhoi SuperJet-100 passenger planes.
Read More

**"Brazil, Russia win Farnborough's small jets battle"** - *The Sydney Morning Herald*
Brazilian and Russian planemakers have won the race for orders of small regional jets at the Farnborough airshow, leaving new player Japan and Canada's Bombardier trailing.
Read More

**"AIRSHOW-UPDATE 2-Superjet seals second $900 mln plane order"** - *Reuters*
FARNBOROUGH, England/MOSCOW, July 21 (Reuters) - Russian planemaker Superjet unveiled a $900 million, 30 plane order on Wednesday, capping a bumper Farnborough Airshow that has seen belated overseas interest in its passenger plane.
Read More

Copyright © Pearl Aircraft Corporation, LTD. All rights reserved.

EXHIBIT 51
Page 540



EXHIBIT 51
Page 541

# EXHIBIT 52
## INTENTIONALLY LEFT BLANK

# EXHIBIT 53
## INTENTIONALLY LEFT BLANK

# EXHIBIT 54

**FILED UNDER SEAL PURSUANT TO PROTECIVE ORDER**

# EXHIBIT 55

.

# FILED UNDER SEAL PURSUANT TO PROTECIVE ORDER

**EXHIBIT 56**

# FILED UNDER SEAL PURSUANT TO PROTECIVE ORDER

**EXHIBIT 57**

| | |
|---|---|
| **From:** | dstukes@asi-advisors.com |
| **To:** | jacob@globalbtg.com |
| **CC:** | Rick Jones; Steve Alexander; calf@nationalaircargo.com; gjoerger@nationalaircargo.com |
| **Sent:** | 7/23/2010 10:26:07 PM |
| **Subject:** | Mandate Termination |

Jacob:

The entire NAC management team and myself appreciate the hard work your team put in over the last 5 days but NAC's current circumstance with JAL requires some other moves in order to maintain the pending purchase of aircraft.  NAC will send you a more formal letter but this communication serves to notify you that Global BTG's mandate to represent NAC has been terminated effective immediately.  Please do not make any calls for or on behalf on NAC at this time.  Please notify your contacts of the same.

Your work was appreciated but you were aware of the objective this week.   NAC must have something affirmative for JAL ASAP.

Thank you for all your help and support and NAC is happy to recommend your firm to other potential clients.  Sorry this situation just did not work out.

Sincerely,

Donald A. Stukes
Senior Managing Director
ASI Advisors, LLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Tel-(914)-358-0032
Fax-(914)-358-0033
Cell-(914)-715-1548


This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

EXHIBIT 57
Page 569

GLOBAL 004215

**EXHIBIT 58**

# FILED UNDER SEAL PURSUANT TO PROTECIVE ORDER