Donald J. Kula, Bar No. 144342
DKula@perkinscoie.com
Nathan M. Smith, Bar No. 255212
NSmith@perkinscoie.com
Vilma Palma-Solana, Bar No. 267992
VPalma@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff Global BTG LLC and Counterclaim-Defendant Jacob Hodges

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| GLOBAL BTG LLC, | Case No. 2:11-cv-01657-JGB-JCGx |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| NATIONAL AIR CARGO, INC., | **Honorable  Jesus G. Bernal** |
| Defendant-Counterclaim Plaintiff, | |
| v. | |
| GLOBAL BTG LLC, JACOB HODGES and DOES 1-5, | |
| Counterclaim Defendants. | |

74959-0001/LEGAL28067558.4

[~~Proposed~~] Judgment

On September 10, 2013, the matter came on for jury trial between Plaintiff and Counter-Claim Defendant Global BTG LLC, Counter-Claim Defendant Jacob Hodges and Defendant and Counter-Claimant National Air Cargo, Inc. on the following: (1) claims for breach of contract and deceit by Global BTG LLC and against National Air Cargo, Inc.; and (2) counterclaims for intentional misrepresentation and breach of contract by National Air Cargo, Inc. and against Global BTG LLC and Jacob Hodges. The matter was tried before the Honorable Jesus G. Bernal in the above-captioned court.

After hearing the evidence and the arguments of counsel, the case was submitted to the jury on October 2, 2013. The jury deliberated, and on October 4, 2013, after returning into court and being called, the jurors rendered their unanimous verdict in writing as follows: (1) in favor of Global BTG LLC on the claim for breach of contract and awarding $8 million in damages; (2) in favor of National Air Cargo, Inc. on Global BTG LLC's claim for deceit; and (3) in favor of Global BTG LLC and Jacob Hodges on National Air Cargo, Inc.'s counterclaims for intentional misrepresentation and breach of contract.

Pursuant to the Federal Rules of Civil Procedure 54(a) and 58(b), by reason of the referenced jury verdict,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

(1) That judgment is entered in favor of Plaintiff Global BTG LLC on its claim for breach of contract;

(2) That Plaintiff Global BTG LLC recover from defendant National Air Cargo, Inc. the amount of eight million dollars ($8,000,000.00), plus interest as allowable by law; and

(3) That Plaintiff Global BTG LLC is the prevailing party in the context of costs, as set forth in Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.

DATED: October 28, 2013

By: _____
Hon. Jesus G. Bernal
United States District Court Judge

Approved as to form by:

**PERKINS COIE LLP**

By: /s/ Donald J. Kula
   Donald J. Kula
   Nathan M. Smith
   Vilma Palma-Solana

Attorneys for Plaintiff Global BTG LLC, a Nevada Limited Liability Company doing business in California, and Counterclaim-Defendant Jacob Hodges

**JENNER & BLOCK LLP**

By: /s/ Rick Richmond
   Rick Richmond

Attorneys for Defendant and Counterclaim Plaintiff National Air Cargo, Inc.