Donald J. Kula, Bar No. 144342
DKula@perkinscoie.com
Vilma Palma-Solana, Bar No. 267992
VPalma@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff Global BTG LLC and
Counterclaim-Defendant Jacob Hodges

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| GLOBAL BTG LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AIR CARGO, INC.,<br><br>Defendant-Counterclaim Plaintiff,<br><br>v.<br><br>GLOBAL BTG LLC, JACOB HODGES and DOES 1-5,<br><br>Counterclaim Defendants. | Case No. 2:11-cv-01657-JGB-JCGx<br><br>**[PROPOSED] AMENDED JUDGMENT**<br><br>**Honorable Jesus G. Bernal** |

74959-0001/LEGAL28574610.3

[Proposed] Amended Judgment

On September 10, 2013, the matter came on for jury trial between Plaintiff and Counter-Claim Defendant Global BTG LLC, Counter-Claim Defendant Jacob Hodges and Defendant and Counter-Claimant National Air Cargo, Inc. on the following: (1) claims for breach of contract and deceit by Global BTG LLC and against National Air Cargo, Inc.; and (2) counterclaims for intentional misrepresentation and breach of contract by National Air Cargo, Inc. and against Global BTG LLC and Jacob Hodges. The matter was tried before the Honorable Jesus G. Bernal in the above-captioned court.

After hearing the evidence and the arguments of counsel, the case was submitted to the jury on October 2, 2013. The jury deliberated, and on October 4, 2013, after returning into court and being called, the jurors rendered their unanimous verdict in writing as follows: (1) in favor of Global BTG LLC on the claim for breach of contract and awarding $8 million in damages; (2) in favor of National Air Cargo, Inc. on Global BTG LLC's claim for deceit; and (3) in favor of Global BTG LLC and Jacob Hodges on National Air Cargo, Inc.'s counterclaims for intentional misrepresentation and breach of contract.

For the reasons set forth in this Court's Order Granting Global's Rule 59(e) Motion to Alter or Amend Judgment and Denying National's Combined Renewed Motion for Judgment as a Matter of Law and Alternative Motion for New Trial (Dkt. No. 353), the Court hereby issues an amended judgment adding an award for prejudgment interest.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

(1) That judgment is entered in favor of Plaintiff Global BTG LLC on its claim for breach of contract;

(2) That Plaintiff Global BTG LLC recover from defendant National Air Cargo, Inc. the amount of eight million dollars ($8,000,000.00), plus $1,927,232.20

in prejudgment interest and post-judgment interest as set forth under 28 U.S.C. § 1961; and

   (3) That Plaintiff Global BTG LLC is the prevailing party in the context of costs, as set forth in Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.

DATED: __April 24__, 2014

By: _____
  Hon. Jesus G. Bernal
  United States District Court Judge

Approved as to form by:

**PERKINS COIE LLP**

By: /s/ Donald J. Kula
  Donald J. Kula
  Vilma Palma-Solana

Attorneys for Plaintiff Global BTG LLC and Counterclaim-Defendant Jacob Hodges

**JENNER & BLOCK LLP**

By: /s/ Rick Richmond
  Rick Richmond

Attorneys for Defendant and Counterclaim Plaintiff National Air Cargo, Inc.