ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | (For Court use only) |
|---|---|---|

Donald J. Kula (SBN 144342)
Jeffrey S. Goodfried (SBN 253804)
PERKINS COIE LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067
Attorney for: Judgment Creditor

TELEPHONE NO. 310-788-9900

**FILED**
CLERK, U.S. DISTRICT COURT
NOV - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NAME OF COURT: United States District Court
STREET ADDRESS: 3470 Twelfth St.
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Eastern Division

PLAINTIFF:
GLOBAL BTG LLC
DEFENDANT:
NATIONAL AIR CARGO, INC.

**COURT CASE NUMBER**
**2:11-cv-01657-JGB-JCGx**
LEVYING OFFICER FILE NUMBER

# PROOF OF PERSONAL SERVICE
## BANK OF AMERICA
### RE: NATIONAL AIR CARGO, INC.

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents: NOTICE OF LEVY; WRIT OF EXECUTION; MEMORANDUM OF GARNISHEE*

**On:** Bank of America

**At ( Address ) :** c/o CT Corporation, 818 W. 7th St., 2nd Floor, Los Angeles, CA 90017

**By personally delivering a copy of the above documents to:** Jan Lapanid – Process Specialist

**Date:** 10-14-14      **Time:** 12:35 p.m.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 10-15-14, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

_____
**DOUG FORREST**

PROOF OF PERSONAL SERVICE