ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*<br>Donald J. Kula (SBN 144342)<br>Jeffrey S. Goodfried (SBN 253804)<br>PERKINS COIE LLP<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067<br>Attorney for: Judgment Creditor | TELEPHONE NO.<br>310-788-9900 | **(For Court use only)** |
|---|---|---|

NAME OF COURT:  United States District Court
STREET ADDRESS: 3470 Twelfth St.
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Eastern Division

FILED
CLERK, U.S. DISTRICT COURT

NOV – 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

PLAINTIFF:
GLOBAL BTG LLC
DEFENDANT:
NATIONAL AIR CARGO, INC.

# PROOF OF PERSONAL SERVICE
## MANTECH INTERNATIONAL CO.
### RE: NATIONAL AIR CARGO, INC.

**COURT CASE NUMBER**

**2:11-cv-01657-JGB-JCGx**

LEVYING OFFICER FILE NUMBER

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents: NOTICE OF LEVY; WRIT OF EXECUTION; MEMORANDUM OF GARNISHEE*

**On:**   Mantech International Co.

**At ( Address ) :** c/o CT Corporation, 818 W. 7th St., 2nd Floor, Los Angeles, CA 90017

**By personally delivering a copy of the above documents to:** Jan Lapanid – Process Specialist

**Date:**   10-14-14                    **Time:** 12:35 p.m.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed 10-15-14, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

**DOUG FORREST**

PROOF OF PERSONAL SERVICE