| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)* | TELEPHONE NO. | (For Court use only) |
|---|---|---|
| Donald J. Kula (SBN 144342)<br>Jeffrey S. Goodfried (SBN 253804)<br>PERKINS COIE LLP<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067<br>Attorney for: Judgment Creditor | 310-788-9900 | FILED<br>CLERK, U.S. DISTRICT COURT<br>NOV - 4 2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                      DEPUTY |

NAME OF COURT: United States District Court
STREET ADDRESS: 3470 Twelfth St.
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Eastern Division

PLAINTIFF:
GLOBAL BTG LLC
DEFENDANT:
NATIONAL AIR CARGO, INC.

**PROOF OF PERSONAL SERVICE**
**WELLS FARGO BANK**
**RE: NATIONAL AIR CARGO, INC.**

COURT CASE NUMBER

2:11-cv-01657-JGB-JCGx

LEVYING OFFICER FILE NUMBER

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents:* NOTICE OF LEVY; WRIT OF EXECUTION; MEMORANDUM OF GARNISHEE

**On:**   Wells Fargo Bank

**At ( Address ) :** 333 S. Grand Ave., Los Angeles, CA 90071

**By personally delivering a copy of the above documents to:** Elisabet Cubilla – Service Manager

**Date:**   10-14-14                              **Time:** 1:42 p.m.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 10-15-14, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

_____
**DOUG FORREST**

PROOF OF PERSONAL SERVICE