ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*<br>Donald J. Kula (SBN 144342)<br>Jeffrey S. Goodfried (SBN 253804)<br>PERKINS COIE LLP<br>1888 Century Park East Suite 1700<br>Los Angeles, CA 90067<br>Attorney for: Judgment Creditor | TELEPHONE NO.<br>310-788-9900 | (For Court use only) |
|---|---|---|
| NAME OF COURT: United States District Court<br>STREET ADDRESS: 3470 Twelfth St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Riverside, CA 92501<br>BRANCH NAME: Eastern Division | | FILED<br>CLERK, U.S. DISTRICT COURT<br>NOV - 4 2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY                    DEPUTY |
| PLAINTIFF:<br>GLOBAL BTG LLC<br>DEFENDANT:<br>NATIONAL AIR CARGO, INC. | | COURT CASE NUMBER<br>2:11-cv-01657-JGB-JCGx |
| **PROOF OF SERVICE BY MAIL**<br>RE: JP MORGAN CHASE BANK<br>NATIONAL AIR CARGO, INC. | | LEVYING OFFICE FILE NUMBER |

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents:* NOTICE OF LEVY; WRIT OF EXECUTION.

**Party Served:** National Air Cargo, Inc.
**Address:** c/o JENNER & BLOCK LLP, Rick Richmond, 633 West 5th Street, Suite 3600, Los Angeles, CA 90071

**I served the above named parties by mailing the copies by First Class mail on 10-14-14, from Los Angeles, California**

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed 10-15-14, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

_____
**DOUG FORREST**

PROOF OF SERVICE BY MAIL